No. 09-10498. Hernardo Medina-Villegas, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3377, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4555.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 585 F.3d 453.

No. 09-10499. Antonio Mauricio Avelar, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3377, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4446.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 501.

No. 09-10501. Jose Guadalupe Aguilar, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3377, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4550.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 496.

No. 09-10502. Gerald Miner, Petitioner v. Lisa J. W. Hollingsworth, Warden.

560 U.S. 948, 130 S. Ct. 3377, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4417.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10507. Abdullah Mansur, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3377, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4433.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 375 Fed. Appx. 458.

No. 09-10508. Jose Martinez, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3378, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4542.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 550.

No. 09-10510. Johnny Angel Soliz, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3378, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4476.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 536.

No. 09-10512. Julius Womack, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3378, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4554.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 560.

No. 09-10513. Trelliny T. Turner, Petitioner v. United States.

560 U.S. 948, 130 S. Ct. 3378, 176 L. Ed. 2d 1262, 2010 U.S. LEXIS 4485.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.